**FILED**
September 20, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                         )    Case No. 2:07CR00375-GEB
        Plaintiff, )
v. )    ORDER FOR RELEASE OF
                                         )    PERSON IN CUSTODY
ZAID SHABAAZ, AKA AARON )
COLLINS, )
                                         )
        Defendant.

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  ZAID SHABAAZ, AKA AARON COLLINS , Case No.  2:07CR00375-GEB , Charge  21USC § 846 & 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- ___ Release on Personal Recognizance
- ✔ Bail Posted in the Sum of $ 100,000.00
- ___ Unsecured Appearance Bond
- ___ Appearance Bond with 10% Deposit
- ___ Appearance Bond with Surety
- ___ Corporate Surety Bail Bond
- ✔ (Other)    Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 20, 2007  at  10:29 am .

                                         By   /s/ Gregory G. Hollows
                                                  Gregory G. Hollows
                                                  United States Magistrate Judge

Copy 5 - Court

# United States District Court

──────── DISTRICT OF ────────

UNITED STATES OF AMERICA

v.

Aaron Collins
_____
(Defendant)

**AGREEMENT TO FORFEIT PROPERTY**

Case Number: 2:07-CR-375

I/we, the undersigned, acknowledge pursuant to 18 U.S.C. §3142(c)(1)(B)(xi) in consideration of the release of the defendant that I/we and my/our personal representatives jointly and severally agree to forfeit to the United States of America the following property:

5543 Danjac Circle, Sacramento CA 95823

and there has been posted with the court the following indicia of my/our ownership of the property:

Copies of loan payment coupons

I/we further declare under penalty of perjury that I am/we are the sole owner(s) of the property described above and that the property described above is not subject to any lien, encumbrance, or claim of right or ownership except my/our own, that imposed by this agreement, and those listed below:

home loan and line of credit with World Savings

and that I/we will not alienate, further encumber, or otherwise willfully impair the value of my/our interest in the property.

The conditions of this agreement are that the defendant Aaron Collins
(name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing agreement (including any proceedings on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this agreement, then this agreement is to be void, but if the defendant fails to obey or perform any of these conditions, the property described in this agreement shall immediately be forfeited to the United States. Forfeiture under this agreement for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach, and if the property is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for forfeiture of the property together with interest and costs, and execution may be issued and the property secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States of America.

This agreement is signed on 19 September 07 at Sacramento CA
(date)

Defendant _____  Address _____

Owner(s)/ Sharon J Collins  Address _____
Owner
Obligor(s) Tennessay Collins  Address _____

Address _____

Signed and acknowledged before me on _____
(date)

_____
(Judicial Officer/Clerk)

Approved: _____
(Judicial Officer)

**WORLD SAVINGS**                                                                                              www.worldsavings

May30-07   27082734                    $784.86        RE/LOC PAYMENT        0671060   03:27:150020        +

*Due Again July 28TH 07*

COLLINS STEVEN RAY
COLLINS SHARON LAVETTE
PO BOX 233050
SACRAMENTO   CA                              95823

**TRANSACTION/CUSTOMER RECEIPT**

SAV-239 (7/02)   Days shown above refer to the number of business days following the date of deposit. Business days are any days except Saturdays, Sundays and federal holidays.

---

**WORLD SAVINGS**                                                                                              www.worldsavings.com

May30-07   44508380   LOC WDL           $5,500.00                           0671060 3:22:35 00

*784.86*

STEVEN R. COLLINS
SHARON L. COLLINS
5543 DANJAC CIR
SACRAMENTO, CA   95822                                         *July 28TH*

**TRANSACTION/CUSTOMER RECEIPT**

SAV-239 (7/02)   Days shown above refer to the number of business days following the date of deposit. Business days are any days except Saturdays, Sundays and federal holidays.