KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Aaron Collins

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: Cr-S-07-375-GEB |
| ) | |
| Plaintiff, ) | AMENDED STIPULATION AND ORDER |
| ) | |
| v. ) | DATE:  November 2, 2007 |
| ) | TIME:  9:30 a.m. |
| AARON COLLINS, ) | JUDGE: Honorable Garland |
| ) | Burrell |
| Defendant. ) | |

It is hereby stipulated and agreed to between the United States of America through PHILLIP TALBERT, Assistant U.S. Attorneys, and defendant, AARON COLLINS, through his counsel, KRESTA DALY, that the status conference of November 2, 2007 be vacated and that a status conference be set for December 7, 2007 at 9:30 a.m.

This continuance is being requested because defense counsel has requested additional discovery in the form of audio tapes. The government is in the process of providing that additional discovery.  Additionally the parties are actively engaged in efforts to resolve this matter.

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for December 7, 2007 pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: October 30, 2007        Respectfully submitted,


                                __s/Kresta Daly_____
                                KRESTA DALY
                                Attorney for Aaron Collins



                                __s/Kresta Daly_____
DATED: October 30, 2007         Phillip Talbert
                                Assistant United States Attorney


**O R D E R**

**IT IS SO ORDERED.**

DATED: October 30, 2007         _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge

2