KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Aaron Collins

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: Cr-S-07-375-GEB |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) |
| v. | ) DATE: January 25, 2008 |
| | ) TIME: 9:00 a.m. |
| Aaron Collins, | ) JUDGE: Honorable Garland E. |
| | )         Burrell |
| Defendant. | ) |

It is hereby stipulated and agreed to between the United States of America through PHIL TALBERT, Assistant U.S. Attorneys, and defendant, AARON COLLINS, through his counsel, KRESTA DALY, that the status conference of January 25, 2008 be vacated and that a status conference be set for February 29, 2008 at 9:00 a.m.

This continuance is being requested because the discovery in this case is voluminous and has required a substantial amount of time for defense counsel to review the discovery. Additionally the parties are actively engaged in efforts to resolve this matter.

1

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for February 29, 2008 pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED:  January 19, 2008 Respectfully submitted,

                                                s/Kresta Daly  
                                                KRESTA DALY  
                                                Attorney for Aaron Collins

                                                s/Kresta Daly  
DATED:  January 18, 2008    Phil Talbert  
                                                Assistant United States Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: January 24, 2008

                                                GARLAND E. BURRELL, JR.  
                                                United States District Judge