1  KRESTA NORA DALY, SBN 199689
   Rothschild Wishek & Sands, LLP
2  901 F Street, Suite 200
3  Sacramento, CA 95814

4  Attorney for Aaron Collins

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) Case No.: Cr-S-07-375-GEB
                                    )
12          Plaintiff,              ) STIPULATION AND ORDER
                                    )
13     v.                           ) DATE:  April 4, 2008
                                    ) TIME:  9:00 a.m.
14 Aaron Collins,                   ) JUDGE: Honorable Garland E.
                                    )        Burrell
15          Defendant.              )
16 _____)

17     It is hereby stipulated and agreed to between the United
18 States of America through JILL THOMAS, Assistant U.S. Attorneys,
19 and defendant, AARON COLLINS, through his counsel, KRESTA DALY,
20 that the status conference of April 4, 2008 be vacated and that
21 a status conference be set for May 9, 2008 at 9:00 a.m.
22     This continuance is being requested because the discovery
23 in this case is voluminous and has required a substantial amount
24 of time for defense counsel to review the discovery.
25 Additionally the parties are actively engaged in efforts to
26 resolve this matter.
27     The parties request that speedy trial time be excluded from
28 the date of this order through the date of the status conference

1  set for May 9, 2008 pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv)
2  [reasonable time to prepare] (Local Code T4).
3  DATED:  April 1, 2008           Respectfully submitted,

                                            s/Kresta Daly_____
                                         KRESTA DALY
                                         Attorney for Aaron Collins


                                            s/Kresta Daly_____
   DATED:  April 1, 2008           Jill Thomas
                                         Assistant United States Attorney



                              **O R D E R**

        **IT IS SO ORDERED.**

   Dated:  April 4, 2008


                              _____
                              GARLAND E. BURRELL, JR.
                              Chief United States District Judge

2