1  KRESTA NORA DALY, SBN 199689
   Rothschild Wishek & Sands, LLP
2  901 F Street, Suite 200
3  Sacramento, CA 95814

4  Attorney for Aaron Collins

8              IN THE UNITED STATES DISTRICT COURT
9             FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,        ) Case No.: Cr-S-07-375-GEB
                                    )
12          Plaintiff,              ) STIPULATION AND ORDER
                                    )
13     v.                           ) DATE:  May 9, 2008
                                    ) TIME:  9:00 a.m.
14 Aaron Collins,                   ) JUDGE: Honorable Garland E.
                                    )        Burrell
15          Defendant.              )
16 ─────────────────────────────────)

17     It is hereby stipulated and agreed to between the United
18 States of America through JILL THOMAS, Assistant U.S. Attorneys,
19 and defendant, AARON COLLINS, through his counsel, KRESTA DALY,
20 that the status conference of May 9, 2008 be vacated and that a
21 status conference be set for June 6, 2008 at 9:00 a.m.
22     This continuance is being requested because the discovery
23 in this case is voluminous and has required a substantial amount
24 of time for defense counsel to review the discovery.
25 Additionally the parties are actively engaged in efforts to
26 resolve this matter.
27     The parties request that speedy trial time be excluded from
28 the date of this order through the date of the status conference

set for June 6, 2008 pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv)
[reasonable time to prepare] (Local Code T4).

DATED:   May 8, 2008            Respectfully submitted,


                                  s/Kresta Daly_____
                                 KRESTA DALY
                                 Attorney for Aaron Collins



                                  s/Kresta Daly_____
DATED:   May 8, 2008             Jill Thomas
                                 Assistant United States Attorney



**O R D E R**

**IT IS SO ORDERED.**

DATED: May 13, 2008


_____
GARLAND E. BURRELL, JR.
Chief United States District Judge

2