```
KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Aaron Collins
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No.: Cr-S-07-375-GEB |
|                    )         | |
|         Plaintiff,    )      | STIPULATION AND ORDER |
|                    )         | |
|     v.                )      | DATE:  June 6, 2008 |
|                    )         | TIME:  9:00 a.m. |
| Aaron Collins,         )     | JUDGE: Honorable Garland E. |
|                    )         |         Burrell |
|         Defendant.    )      | |
|                    )         | |

It is hereby stipulated and agreed to between the United States of America through JILL THOMAS, Assistant U.S. Attorneys, and defendant, AARON COLLINS, through his counsel, KRESTA DALY, that the status conference of June 6, 2008 be vacated and that a status conference be set for June 27, 2008 at 9:00 a.m.

This continuance is being requested because the discovery in this case is voluminous and has required a substantial amount of time for defense counsel to review the discovery. Additionally the parties are actively engaged in efforts to resolve this matter.

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference

set for June 27, 2008 pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: June 3, 2008                      Respectfully submitted,


                                          s/Kresta Daly_____
                                          KRESTA DALY
                                          Attorney for Aaron Collins



                                          s/Kresta Daly_____
DATED: June 3, 2008                       Jill Thomas
                                          Assistant United States Attorney



**O R D E R**

   **IT IS SO ORDERED.**

DATED: June 4, 2008



                                          /s/ Garland E. Burrell, Jr._____
                                          GARLAND E. BURRELL, JR.
                                          United States District Judge