KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Aaron Collins

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: Cr-S-07-375-GEB |
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) DATE:  June 27, 2008 |
| | ) TIME:  9:00 a.m. |
| Aaron Collins, | ) JUDGE: Honorable Garland E. |
| | )        Burrell |
| Defendant. | ) |

It is hereby stipulated and agreed to between the United States of America through JILL THOMAS, Assistant U.S. Attorneys, and defendant, AARON COLLINS, through his counsel, KRESTA DALY, that the status conference of June 27, 2008 be vacated and that a status conference be set for July 11, 2008 at 9:00 a.m.

This continuance is being requested because the discovery in this case is voluminous and has required a substantial amount of time for defense counsel to review the discovery. Additionally the parties are actively engaged in efforts to resolve this matter.

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference

set for July 11, 2008 pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED:   June 17, 2008                Respectfully submitted,


                                        s/Kresta Daly_____
                                        KRESTA DALY
                                        Attorney for Aaron Collins



                                        s/Kresta Daly_____
DATED:   June 17, 2008                  Jill Thomas
                                        Assistant United States Attorney



**O R D E R**

**IT IS SO ORDERED.**

DATED: June 18, 2008


_____
GARLAND E. BURRELL, JR.
United States District Judge

2