KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Aaron Collins

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: Cr-S-07-375-GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) DATE:  July 11, 2008 |
|  | ) TIME:  9:00 a.m. |
| Aaron Collins, | ) JUDGE: Honorable Garland E. |
|  | )        Burrell |
| Defendant. | ) |

It is hereby stipulated and agreed to between the United States of America through JILL THOMAS, Assistant U.S. Attorneys, and defendant, AARON COLLINS, through his counsel, KRESTA DALY, that the status conference of June 11, 2008 be vacated and that a status conference be set for September 26, 2008 at 9:00 a.m.

This continuance is being requested because the discovery in this case is voluminous and has required a substantial amount of time for defense counsel to review the discovery. Additionally the parties are actively engaged in efforts to resolve this matter.

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference

1  set for September 26, 2008 pursuant to 18 U.S.C. §§
2  3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).
3  DATED:  July 3, 2008            Respectfully submitted,

6                                   s/Kresta Daly_____
                                    KRESTA DALY
7                                   Attorney for Aaron Collins

10                                  s/Kresta Daly_____
11 DATED:  July 3, 2008             Jill Thomas
                                    Assistant United States Attorney

14                              O R D E R
15      **IT IS SO ORDERED.**
16 DATED: 7/7/08
17                              _____
                                U.S. DISTRCT JUDGE

2