```
1  KRESTA NORA DALY, SBN 199689
   Rothschild Wishek & Sands, LLP
2  901 F Street, Suite 200
3  Sacramento, CA 95814

4  Attorney for Aaron Collins
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,       ) Case No.: Cr-S-07-375-GEB
                                )
         Plaintiff,             ) STIPULATION AND ORDER
                                )
    v.                          ) DATE:  September 26, 2008
                                ) TIME:  9:00 a.m.
Aaron Collins,                  ) JUDGE: Honorable Garland E.
                                )        Burrell
         Defendant.             )
_____)
```

It is hereby stipulated and agreed to between the United States of America through JILL THOMAS, Assistant U.S. Attorneys, and defendant, AARON COLLINS, through his counsel, KRESTA DALY, that the status conference of September 26, 2008 be vacated and that a status conference be set for November 21, 2008 at 9:00 a.m.

This continuance is being requested because the discovery in this case is voluminous and has required a substantial amount of time for defense counsel to review the discovery. Additionally the parties are actively engaged in efforts to resolve this matter.

    The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for November 21, 2008 pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: September 24, 2008    Respectfully submitted,


                                                              s/Kresta Daly_____
                                                              KRESTA DALY
                                                              Attorney for Aaron Collins


                                                              s/Kresta Daly_____
DATED: September 24, 2008    Jill Thomas
                                                              Assistant United States Attorney


                                       **O R D E R**

**IT IS SO ORDERED.**

DATED: 9/22/08

                                       _____
                                         GARLAND E. BURRELL Jr.
                                         United States District Judge