1   KRESTA NORA DALY, SBN 199689
    Rothschild Wishek & Sands, LLP
2   901 F Street, Suite 200
3   Sacramento, CA 95814

4   Attorney for Aaron Collins

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          ) Case No.: Cr-S-07-375-GEB
                                       )
12           Plaintiff,                ) STIPULATION AND ORDER
                                       )
13      v.                             ) DATE:  February 6, 2009
                                       ) TIME:  9:00 a.m.
14  Aaron Collins,                     ) JUDGE: Honorable Garland E.
                                       )        Burrell
15           Defendant.                )
                                       )
16  ───────────────────────────────────)

17       It is hereby stipulated and agreed to between the United

18  States of America through JILL THOMAS, Assistant U.S. Attorneys,

19  and defendant, AARON COLLINS, through his counsel, KRESTA DALY,

20  that the judgment and sentencing for of February 6, 2009 be

21  vacated and that a new date for judgment and sentencing be set

22  for April 24, 2009 at 9:00 a.m.

23       This continuance is being requested to allow counsel

24  additional time to prepare for judgment and sentencing.

25  //

26  //

27  //

28  //

                                  1

1   DATED:   January 13, 2009        Respectfully submitted,

2

3

4                                        s/Kresta Daly_____
                                        KRESTA DALY
5                                        Attorney for Aaron Collins

6

7

8                                        s/Kresta Daly_____
9   DATED:   January 13, 2009        Jill Thomas
                                        Assistant United States Attorney
10

11

12                              **O R D E R**

13
         **IT IS SO ORDERED.**
14
    DATED: 1/15/09
15                              _____

16                              HONORABLE GARLAND E. BURRELL

17

18

19

20

21

22

23

24

25

26

27

28