KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Aaron Collins

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: Cr-S-07-375-GEB |
| Plaintiff, | STIPULATION AND ORDER |
| v. | DATE: April 24, 2009 |
| Aaron Collins, | TIME: 9:00 a.m. |
| Defendant. | JUDGE: Honorable Garland E. Burrell |

It is hereby stipulated and agreed to between the United States of America through JILL THOMAS, Assistant U.S. Attorney, and defendant, AARON COLLINS, through his counsel, KRESTA DALY, that the judgment and sentencing set for April 24, 2009 be vacated and that a new date for judgment and sentencing be set for May 15, 2009 at 9:00 a.m.

//
//
//
//
//
//

1

This continuance is being requested to allow counsel additional time to prepare for judgment and sentencing.

DATED: April 20, 2009              Respectfully submitted,


                                   _s/Kresta Daly_____
                                   KRESTA DALY
                                   Attorney for Aaron Collins


                                   _s/Kresta Daly_____
DATED: April 20, 2009              Jill Thomas
                                   Assistant United States Attorney



**O R D E R**

**IT IS SO ORDERED.**

DATED: April 23, 2009


_____
GARLAND E. BURRELL, JR.
United States District Judge